

U. S. Department of Justice

*Michael F. Easley, Jr.*
United States Attorney
Eastern District of North Carolina

United States Attorney's Office  Telephone (919) 856-4530
150 Fayetteville Street  Criminal FAX (919) 856-4487
Suite 2100  Civil FAX (919) 856-4821
Raleigh, North Carolina 27601  www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: August 5, 2022

TO: Peter A. Moore, Jr.
Clerk of Court
United States District Court
Raleigh, North Carolina

FROM: TOBY LATHAN
Assistant United States Attorney

SUBJECT: United States of America v. Shawn Edward Good
No. 7:22-CR-00096-M  Southern Division

The above-named defendant is being charged by Criminal Information with one count of Wire Fraud, in violation of Title 18, United States Code, Section 1343 and one count of Money Laundering, in violation of Title 18, United States Code, Section 1957.

A previously filed Complaint, Securities and Exchange Commission v. Shawn Edward Good, 7:22-CV-00060-D, is related to the above-named case in that it relates to the same series of transactions, and is being heard by District Judge James C. Dever III. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by: _____
MICHAEL F. EASLEY, JR.
United State Attorney