IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-96-D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| SHAWN EDWARD GOOD | : |

# NOTICE TO COURT REGARDING
# THE BROWARD COUNTY, FLORIDA, TAX COLLECTOR

The United States of America notifies the Court that pursuant to 21 U.S.C. § 853(n)(6), it recognizes the interest of Broward County, a political subdivision of the State of Florida, in its capacity as tax collector ("Tax Collector"), with respect to the parcel of real property identified in paragraph (1), item (c) in the Consent Preliminary Order of Forfeiture filed at Docket Entry # 12. If the United States obtains a final order of forfeiture as to this property, the United States agrees that it will pay from the net proceeds of the sale any and all ad valorem real property taxes and non-ad valorem assessments due and owing the Tax Collector up to the date of entry of the final order of forfeiture, and statutory interest due through time of payment, as a priority lien under Florida law, subordinate only to the costs and expenses incurrent by the United States necessary or incident to the seizure, maintenance, security, forfeiture, marketing, sale and disposal of such property as provided by 28 U.S.C. § 524(c) and/or 31 U.S.C. § 9705.

Respectfully submitted this 19th day of January, 2023.

        MICHAEL F. EASLEY, JR.
        United States Attorney


        BY: /s/ Matthew L. Fesak
            MATTHEW L. FESAK
        Assistant United States Attorney
        Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        E-mail: matthew.fesak@usdoj.gov
        NC State Bar #35276
        Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I do hereby certify that I have this 19th day of January, 2023, served a copy of the foregoing Notice upon counsel electronically via ECF and/or by placing a copy of the same in the U.S. Mail, addressed as follows:

Joseph E. Zeszotarski , Jr.
Email: jzeszotarski@ghz-law.com
*Counsel for Defendant*

Scott Andron
Assistant County Attorney
Broward County Governmental Center
115 S. Andrews Avenue, Room 423
Fort Lauderdale, Florida 33301
*Counsel for Tax Collector*

Certmax LLC
3437 Tuttle Ave. #407
Sarasota, FL 34243

FTB, As Collateral Assignee for Savvy Fl. LLC
P.O. Box. 1000
Dept #3035
Memphis, TN 38148-3035

    MICHAEL F. EASLEY, JR.
    United States Attorney

    BY: /s/ Matthew L. Fesak
        MATTHEW L. FESAK
    Assistant United States Attorney
    Civil Division
    150 Fayetteville Street, Suite 2100
    Raleigh, NC 27601-1461
    Telephone: (919) 856-4530
    Facsimile: (919) 856-4821
    E-mail: matthew.fesak@usdoj.gov
    NC State Bar #35276
    Attorney for Plaintiff