UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-CR-96-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **MOTION TO CONTINUE SENTENCING HEARING** |
| SHAWN EDWARD GOOD | |

NOW COMES DEFENDANT Shawn Edward Good, through undersigned counsel, and respectfully moves this Court for an order continuing the sentencing hearing in this case, set for 24 February 2023, to the March 2023 term of court. In support of this Motion, Defendant shows the Court the following:

1. Defendant pled guilty on 15 September 2022 to wire fraud and money laudering. Defendant is free on conditions of release and has complied with all conditions of release.

2. A sentencing hearing is set for 24 February 2023.

3. Undersigned counsel for Defendant is scheduled to attend an out-of-state conference for an organization of which he is a member for the period 23 February 2023 through 26 February 2023, and has purchased air tickets for this travel. It is therefore respectfully requested that the sentencing hearing in this matter be continued to the March 2023 term of court, or such other time as the Court may determine.

4. Undersigned counsel has discussed this Motion with AUSA Toby Lathan, and Mr. Lathan states that the Government does not oppose this Motion.

WHEREFORE, Defendant respectfully requests that this Motion be granted, and that the sentencing hearing in this case be continued to the March 2023 term of court.

This the 23rd day of January, 2023.

**GAMMON, HOWARD & ZESZOTARSKI, PLLC**

/s/   Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
State Bar No. 21310
115 ½ West Morgan Street
Raleigh, NC  27601
(919) 521-5878
jzeszotarski@ghz-law.com

Counsel for Defendant