UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-CR-96-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWN EDWARD GOOD | **ORDER** |

This matter comes before the Court on Defendant's motion to continue sentencing hearing. For good cause shown, the motion is GRANTED, and it is hereby ORDERED that the sentencing hearing in this case is continued to the _____ term of court.

SO ORDERED.

This the _____ day of January, 2023.

_____
Honorable James C. Dever III
United States District Judge