IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-96-D

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )
                                   )          **ORDER**
SHAWN EDWARD GOOD,                 )
                                   )
            Defendant.             )

The United States SHALL respond to defendant's motion for reduction of sentence [D.E. 52] and motion for compassionate release [D.E. 68] not later than June 30, 2026.

SO ORDERED. This 24 day of April, 2026.

JAMES C. DEVER III
United States District Judge