# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
#### NO. 7:22CR00096-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| | ) | |
| SHAWN EDWARD GOOD, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion to Seal the Victim Impact Statement [D.E. 78] attached to Notice of Victim Statement [D.E. 77]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal the ex parte Victim Impact Statement [D.E. 78]

SO ORDERED this **30** day of **June** , 2026.

_____
JAMES C. DEVER III
United States District Judge