UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shawn Edward Good** **Docket No. 7:22-CR-96-1D**

**Petition for Action on Supervised Release**

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shawn Edward Good, who, upon an earlier plea of guilty to Wire Fraud, in violation of 18 U.S.C. § 1343 and Money Laundering, in violation of 18 U.S.C, § 1957(a), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 24, 2023, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Shawn Edward Good is tentatively scheduled for release from the Bureau of Prisons on July 10, 2028, at which time the term of supervised release is to commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Good plans to reside with his mother in the Southern District of Indiana. Prior to formal approval, the officer in the Southern District of Indiana requested two conditions be added with intentions to address the specific behaviors of the offense conduct and restrict future opportunities for re-offending. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. You shall not engage in an occupation, business, profession or volunteer activity that would require or enable you to access, control or influence the funds or assets of individuals, corporations or trusts during the term of supervision without prior approval of the probation officer.

2. All employment shall be approved in advance by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Korey A. Cross
Korey A. Cross
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2051
Executed On: September 23, 2026

## ORDER OF THE COURT

Considered and ordered this 24 day of September, 2026, and ordered filed and made a part of the records in the above case.

J. Dever
James C. Dever III
U.S. District Judge